Otis THOMPSON, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. 50099.

Missouri Court of Appeals,
Eastern District,
Division One.

April 1, 1986.

Bertram Cooper, St. Louis, for appellant.

William L. Webster, Atty. Gen., Lee A. Bonine, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant appeals from a judgment denying without a hearing his Rule 27.26 motion. The trial court's findings of fact and conclusions of law are supported by the record and are not clearly erroneous. No precedential purpose would be served by a written opinion.

The judgment is affirmed. Rule 84.16(b).